UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 26-180 MJD/LIB

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICODEMUS LEE LOPEZ,

Defendant.

**INDICTMENT**

18 U.S.C. § 113(a)(3)
18 U.S.C. § 113(a)(6)
18 U.S.C. § 1151
18 U.S.C. § 1153(a)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Assault with a Dangerous Weapon)

On or about April 21, 2026, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**NICODEMUS LEE LOPEZ,**

an Indian, did assault victim G.D.R., an Indian, with a dangerous weapon, to wit: a knife, with the intent to do bodily harm, all in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153(a).

SCANNED
OCT 06 2026
U.S. DISTRICT COURT MPLS

**COUNT 2**

(Assault Resulting in Serious Bodily Injury)

On or about April 21, 2026, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**NICODEMUS LEE LOPEZ,**

an Indian, did assault victim G.D.R., an Indian, resulting in serious bodily injury, all in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153(a).

A TRUE BILL

| | |
|---|---|
| ______________________________ | ______________________________ |
| UNITED STATES ATTORNEY | FOREPERSON |